IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TANYA LANDERS, | § | |
| | § | No. 331, 2017 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | in and for New Castle County |
| KEVIN CANADY, | § | File No. CN09-05415 |
| | § | Pet. Nos. 16-37773 and |
| Respondent Below- | § | 16-38014 |
| Appellee. | § | |

Submitted: November 6, 2017
Decided: November 6, 2017

## **O R D E R**

This 6th day of November 2017, it appears to the Court that, on October 18, 2017, the Senior Court Clerk issued a notice to the appellant to show cause why her appeal should not be dismissed for failure to pay the Family Court record preparation fee and transcript costs. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice